# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Crystal A. Combs | ) | Case No. 15-12946 |
| | ) | |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |

## MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(a) OF THE BANKRUPTCY CODE (I) AUTHORIZING DEBTOR TO MAINTAIN AND USE EXISTING BANK ACCOUNTS AND BUSINESS FORMS & (II) AUTHORIZING THE DEBTOR TO MAINTAIN AND USED EXISTING MANAGEMENT SYSTEM

The Debtor respectfully represents as follows:

### SUMMARY OF RELIEF REQUESTED

1.　By this motion, the debtor request that this Court enter an order pursuant to Sections 105(a) of Title 11 of the United States Code (the Bankruptcy Code) (i) authorizing the continued use of existing Bank accounts and business forms; (ii) and authorizing the continued use of their existing cash management system.

2.　Requiring the Debtor to change bank accounts, cash management system and business forms would be costly and disruptive, and would not be beneficial to the Debtor's estate.

3.　The requested relief would allow the Debtor to use all existing bank accounts, cash management systems and business forms to prevent disruption in business dealings including the lease on the property 9904 Doubletree Lane, and partial payments which come from Section 8 housing and are automatically deposited.



4.   Such relief will help to ensure the Debtor's orderly entry into Chapter 11 and will avoid many possible disruptions that could divert the Debtor's attention from more pressing matters during the initial days of the of the Chapter 11 case.

## JURISDICTION

5.   This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. 1048 and 1049. The statutory predicates for the relief requested herein is section 105 (a) of the Bankruptcy Code.

## BACKGROUND

6.   On the date hereof (the "Petition Date"), the Debtor filed with the court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is continuing to operate its business and manage it properties as a debtor in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

7.   No creditors' committee has yet been appointed in these cases. However, the trustee has been appointed.

## THE DEBTOR'S BUSINESS

8.   Prior to the filing of the bankruptcy case, the Debtor was in direct control of an investment property which is leased and net positive cash flow for the estate, and is employed with the Department of Homeland security. Other businesses that the Debtor owns are: travel/internet mall, global marketing business, dietary and health, and real estate investment businesses.

## EVENTS LEADING TO THE CHAPTER 11 FILING

9. The Debtor previously filed a Chapter 13 bankruptcy case which was not fully administered in part due to delays in prosecuting affirmative actions against third parties, and now those affirmative actions are all underway.

10. Those actions include:

I. Affirmative action against husband for failure to pay required mortgage payments which were ordered in the divorce proceedings which is awaiting process of service;

II. Affirmative action against Bank of America N.A. for several violations of state and federal law pending in Greenbelt District Court, all parties have been served in that case;

III. Affirmative action against Morgan Stanley and its subsidiary FV-I just filed in United States Federal Court Maryland, Greenbelt District on March 23, 2015;

IV. EEOC case pending in the appeals decision process against the Department of Homeland Security prior to filing a court case. In that case, the Debtor did not work a period of time and did not get paid because of being unfairly forced to take leave as a result of a physical condition and having to be determined as disabled.

V. An accident case pending in the Washington, DC Superior Court Civil Division on behalf of the Debtor. The Debtor was the victim physically injured in the case.

11. These actions are critical matters that must be adjudicated before a plan can be confirmed.

## BANKS ACCOUNT AND CASH MANAGEMENT SYSYEM

12. The Debtor has the following bank accounts:

I. The Bank Account ending in the last four numbers X3901 is a checking account associated with the Doubletree leased property. As funds are deposited automatically by the Prince George's County, Maryland Housing Authority Section 8, it is in the Debtor's estate best interest to maintain that account. The Savings Account associated with the checking account is X8469.

II. The Bank Account ending in the last four numbers X5518 is a checking account associated with deposits that come from the Department of Homeland Security, and my medical expenses, day-to-day personal and housing expenses, and month-to-month business expenses. The Savings Account associated with the checking account is X0325.

III. The Bank Account ending in the last four numbers X3651 is a checking account associated with a deposited reimbursement that comes from foster parenting.

IV. The Credit Union Account ending in the last four numbers X2907 is associated with having membership at the governed State financial establishment where I have financial standing for when I am in my hometown in North Carolina.

V. The Credit Union Accounts ending in the last four numbers X5993 (checking) and 5708 (savings) are associated with having membership at the governed Federal & Military financial establishment where I have financial standing and other services locally in Maryland and Washington, DC. The Checking account will also be used as an escrow account for designated payments when required.

VI. The Credit Union Accounts associated with the ATM card ending in the last four numbers X5938 is associated with having membership at the governed Military financial establishment where I have financial standing and other services nationally. The Checking account will also be used as an escrow account for designated payments when required.

## RELIEF REQUESTED

13. By this motion, Debtor requests that these accounts remain open at this time and throughout the bankruptcy proceedings.

## BASIS FOR REQUESTED

### A. Existing Bank Accounts Should Be Continued

14. Overall this is not a complex bankruptcy case and there is simply no need to close the bank accounts and create new ones.

### B. Exisiting Business Forms Should Be Continued

15. The Business forms include checks, deposit slips, lease on property and other business forms. This will ensure continuity and save the expense of ordering new forms.

### C. The Cash Management System Should Be Continued

16. The Debtor will maintain all accounting records for Debtor's estate and provide all records as necessary while the bankruptcy is pending.

## NOTICE

17. Notice of this Motion has been given by facsimile or overnight delivery to the following parties, or in lieu thereof, to their counsel: (i) the United States Trustee for the District Maryland, (ii) the parties included on the Debtor's list of the top twenty (20) creditors holding the largest unsecured claims (iii) counsel for Bank of America, N.A. (iv) the banks and credit unions where the Debtor has opened accounts.

## NO PRIOR APPLICATION

18. No previous application for the relief sought herein has been made to this court or to any other court.

Wherefore, the Debtor request entry of an order to support this Motion, and such other and further relief as is just.

Respectfully,

_____   Dated: 3/19/15
Crystal A. Combs, in propria persona
P. O. Box 6872
Upper Marlboro, MD 20792
Tel. (301) 883-8941
CombsCrystalAltonia@gmail.com
Debtor in Possession