

Rushern L. Baker, III
County Executive

Eric C. Brown, Executive Director                               Paul E. Rowe, Chair – Board of Commissioners

## SECTION 8 LANDLORD- HAP DIRECT DEPOSIT AUTHORIZATION FORM

I am requesting that my monthly Housing Assistance Payment (HAP) be deposited directly into my
**(Select one):** _____ Checking account
                  _____ Savings account

**Please submit a <u>VOIDED CHECK</u> (to use a checking account) or <u>BANK DIRECT DEPOSIT FORM</u> (to use a savings account) with your authorization form.**

**NOTE: DEPOSIT SLIPS AND STARTER CHECKS ARE NOT ACCEPTABLE.**
**THE ROUTING NUMBER SUPPLIED ON THE DEPOSIT SLIP IS NOT THE ACTUAL ROUTING NUMBER REQUIRED FOR DIRECT DEPOSIT PURPOSES..**

Please provide day and evening phone numbers should it be necessary to contact you regarding the information that you have submitted.
Home Number: _____
Office Number: _____
Cell Number: _____

There are three ways you may submit the required forms:
1. Give to the Receptionist located on the 1st Floor. If you choose this option, it is required that the form be placed in an envelope, sealed and addressed to Accounts Payable.
2. Mail to the Housing Authority of Prince George's County, Accounts Payable Department, 9200 Basil Court, Largo, MD  20774.
3. Fax to the Attention of Accounts Payable at 301-883-5427.

Processing can take up to 30 days from the day that you submit the required form(s).  You can call (301) 883-5563, if you have questions.

Please sign as appropriate:
x
**Printed Name** of the Payee currently appearing on the Check
x                               x
**Signature**                   Date
x_____
Social Security # or Fed Tax ID # (if Business) of Payee indicated above

x
**Printed Name** of the Second Payee currently appearing on the Check
x                               x
**Signature**                   Date
x_____
Social Security # or Fed Tax ID # (if Business) of Second Payee indicated above