Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

---

Bankruptcy Proceeding No.: 15−12946
Judge: Wendelin I. Lipp

In Re:    Crystal Altonia Combs
          Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 6500 Cherrywood Lane, Courtroom 3−C, Greenbelt, MD 20770

on 4/27/15 at 10:00 AM

to consider and act upon the following:

22 − MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(a) OF THE BANKRUPTCY CODE (I) AUTHORIZING DEBTOR TO MAINTAIN AND USE EXISTING BANK ACCOUNTS AND BUSINESS FORMS & (II) AUTHORIZING THE DEBTOR TO MAINTAIN AND USED EXISTING MANAGEMENT SYSTEM Filed by Crystal Altonia Combs . (Dickerson, Gina)

23 − Objection on behalf of US Trustee − Greenbelt Filed by Lynn A. Kohen (related document(s)22 Motion for Miscellaneous Relief filed by Debtor Crystal Altonia Combs). (Attachments: # 1 Proposed Order # 2 Exhibit) (Kohen, Lynn)

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 3/30/15

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jean Johnson
410−962−4221