UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

IN RE:                                              Case No.: 15-12946

CRYSTAL ALTONIA COMBS             Chapter: 11

             Debtor

NOTICE OF SECURED CREDITOR'S
RIGHT TO COMMENCE FORECLOSURE PROCEEDINGS

THE CLERK WILL PLEASE note, and those to whom this notice is directed, as indicated in the certificate below, will please take notice that:

1. The undersigned is counsel of record for FV-I Inc., in trust for Morgan Stanley Mortgage Capital Holdings, LLC, a secured creditor of the above referenced Debtor whose debt is secured by real property.

2. That on March 3, 2015, the Debtor, Crystal Altonia Combs, filed the above-captioned case with this Court under Chapter 11 of the Bankruptcy Code.

3. That prior to filing the instant case under Chapter 11 of the Bankruptcy Code on March 3, 2015, the Debtor, Crystal Altonia Combs, filed a previous case with this Court under Chapter 13 of the Bankruptcy Code on or about April 23, 2013 (Case No. 13-16996-WIL), which case was dismissed for failure to confirm a plan by Order entered on December 24, 2014.

4. That based on the above, the instant Chapter 11 case (Case No. 15-12946), was filed within one year of the dismissal of the Debtor's prior Chapter 13 Case (Case No. 13-16996-WIL).

5.   That pursuant to the provisions of Section 362 (c)(3)(A) of the Bankruptcy Code: "If an single or joint case is filed by…a debtor who is an individual in a case under chapter 7, 11 or 13, and if a single or joint case of the debtor was pending within the preceding 1-year period but was dismissed…the stay under subsection (a) with respect to any action taken with respect to a debt or property securing such debt…shall terminate with respect to the debtor on the 30th day after the filing of the later case.".

6.   That pursuant to the provisions of Section 362 (c)(3)(B) of the Bankruptcy Code: "On the motion of a party in interest for continuance of the automatic stay and upon notice and a hearing, the court may extend the stay in a particular case as to any or all creditors…after notice and a hearing completed before the expiration of the 30-day period only if the party in interest demonstrates that the later case is in good faith as to the creditors to be stayed.".

7.   That in the instant case, the Debtor has failed to file a motion for continuance of the automatic stay within 30 days of the filing of her Chapter 11 case on March 3, 2015, pursuant to the provisions of 11 U.S.C. Section 362 (c)(3)(B). Consequently, pursuant to the provisions of 11 U.S.C. Section 362 (c)(3)(A), the automatic stay of 11 U.S.C. Section 362(a) has been terminated, as more than 30 days have now passed since the filing of the Debtor's Petition under Chapter 11 of the Bankruptcy Code,

and the Secured Creditor is therefore free to proceed with foreclosure as to the Debtor's real property located at  9904 Doubletree Lane, Upper Marlboro, MD 20774, the automatic  stay of 11 U.S.C §362(a) having been terminated by operation of law.

                                        FV-I INC, IN TRUST FOR
                                        MORGAN STANLEY CAPITAL
                                        HOLDINGS, LLC

                                        By:  __/s/ Gregory N. Britto_____
                                                      Of Counsel

SHAPIRO & BROWN, LLP
10021 Balls Ford Road
Suite 200
Manassas, Virginia 20109
(703) 449-5800
ECF@Logs.com.


By:___/s/ Gregory N. Britto_____
    Gregory N. Britto, Esquire
     Federal I.D. Bar No. 22531
     William M. Savage, Esquire
     Fed I.D. Bar No. 06335
     Kristine D. Brown, Esquire
      Federal I.D. Bar No. 14961
     Lilia Z. Stitely, Esquire
     Federal I.D. Bar No. 29970
     Of Counsel to the Secured Creditor,
     FV-I, in trust for Morgan Stanley
     Capital Holding, LLC

CERTIFICATE OF SERVICE

I hereby certify that on this _9th __ day of April, 2015, I electronically transmitted and/or mailed by United States first class mail, postage pre-paid, true copies of the Foregoing Notice of Secured Creditors Right to Commence Foreclosure Proceedings to the following:

Crystal Altonia Combs                                              Debtor
PO BOX 6872
UPPER MARLBORO, MD 20792


Lynn A. Kohen, Esq.                                               Counsel for the U.S. Trustee
U.S, Trustee's Office
6305 Ivy Lane
Suite 600
Greenbelt, Md. 20770


        ___/s/ Gregory N. Britto____
        Gregory N. Britto, Esquire
        Federal I.D. Bar No. 22531
        Kristine D. Brown, Esquire
        Federal I.D. Bar No. 14961
        William M. Savage, Esquire
        Federal I.D. Bar No. 06335
        Lila Z. Stitely, Esquire
        Federal I.D. Bar No. 29970
        SHAPIRO & BROWN, LLP
        10021 Balls Ford Road, Suite 200
        Manassas, Virginia 20109
        (703) 449-5800
        ECF@Logs.com

13-234956